IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ▇▇▇▇▇▇▇▇▇▇,<br>Plaintiff,<br><br>v.<br><br>The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A",<br><br>Defendants. | Case No. 1:25-cv-01948 |

**EXHIBIT 1 – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under seal. A full version of Exhibit 1 will be filed separately under seal and will remain under seal until further order of this court.