IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ███████████, , <br><br>          Plaintiff, <br><br> v. <br><br> The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A", <br><br>          Defendants. | Case No. 1:25-cv-01948 |

**SCHEDULE A – SEALED DOCUMENT**

This document is being filed under seal with a motion for leave to file documents under seal. A full version of Schedule A will be filed separately under seal and will remain under seal until further order of this court.