AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Shenzhen Hytd Technology Co., Ltd ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:25-cv-01948-DAE |
| The Corporations, Partnerships, And Unincorporated ) | |
| Associations Identified On Schedule A, ) | |
| *Defendant* | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Magimuse .

Date:  02/25/2026

/s/ Hongchang Deng
*Attorney's signature*

Hongchang Deng, California Bar No.: 354529
*Printed name and bar number*

2108 N ST., STE. 9124, Sacramento, CA 95816
*Address*

rdeng@lawmayus.com
*E-mail address*

(267) 888-8281
*Telephone number*

*FAX number*

Print   Save As...   Reset