IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Shenzhen Hytd Technology Co., Ltd,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>The Corporations, Partnerships, And Unincorporated Associations Identified On Schedule A,<br><br>　　　　　　Defendants. | Civil Action No. 1:25-cv-01948-DAE |

**CORRECTED CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2026, I served the following documents on counsel for Plaintiff by electronic mail, and not through the Court's CM/ECF electronic notice system, because the filings include sealed materials:

1. Defendant Magimuse's Motion for Leave to File Materials Under Seal in Connection with Its Motion to Dissolve the Temporary Restraining Order, together with all exhibits filed or submitted in connection therewith;

2. Redacted Version of Defendant Magimuse's Motion to Dissolve the Temporary Restraining Order; and

3. Unredacted Version of Defendant Magimuse's Motion to Dissolve the Temporary Restraining Order, together with all supporting exhibits.

Service was completed by transmitting the above documents via electronic mail to the following counsel of record for Plaintiff:

Mingzi Ouyang
Valley & Summit Law
marjorie.ouyang@valleysummitlaw.com

office@valleysummitlaw.com

The email transmitting these documents was sent on March 1, 2026.

Date: March 5, 2026                    By:   */s/ Hongchang Deng*
                                              Hongchang Deng
                                              LawMay P.C.
                                              2108 N St., Ste.9124
                                              Sacramento, CA 95816
                                              M: 267-888-8281
                                              rdeng@lawmayus.com


                                              *Attorney for Magimuse*