AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Shenzhen Hytd Technology Co., Ltd. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01948 |
| The Corporations, Partnerships, and Unincorporated | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

shenzhenshi weiyuekeji youxiangongsi d/b/a WEYON                                               .

Date:    03/05/2026                                                            /s/ Shaoyi Che
                                                                                               *Attorney's signature*

                                                                           Shaoyi Che, 24139843
                                                                           *Printed name and bar number*

                                                                           YoungZeal LLP
                                                                           9355 John W. Elliott Dr, Ste 25555
                                                                           Frisco, TX 75033
                                                                                               *Address*

                                                                           che@yzlaw.com
                                                                                               *E-mail address*

                                                                           (717) 440-3382
                                                                                               *Telephone number*

                                                                                               *FAX number*

Print     Save As...                                                                Reset