AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Jianhui Li | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-1948 |
| Schedule "A" Defendants | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SGIBYN Official Store-US   .

Date:  March 6, 2026

/s/Mingbo Ye
*Attorney's signature*

Mingbo Ye TX Bar No. 24124835
*Printed name and bar number*

4340 Von Karman Ave Suite 290
Newport Beach CA 92660
*Address*

mingboye@veritaslightlaw.com
*E-mail address*

832-462-0087
*Telephone number*

*FAX number*