IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Jiahui Li, an Individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A",<br><br>　　　　　　Defendants. | Case No. 1:25-cv-01948<br><br>Honorable David A. Ezra |

**DECLARATION OF YIHAN LI IN SUPPORT OF DEFENDANT SGIBYN OFFICIAL STORE-US'S MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER**

I, Yihan Li, declare as follows:

1.　I am the Manager of Nanning Yishida Technology Co., Ltd. (Nanning Yishida Keji Youxian Gongsi) ("Defendant"). I have personal knowledge of the business operations, design history, and Amazon storefront managed by the company.

2.　Defendant operates the Amazon storefront known as SGIBYN Official Store-US.

3.　I submit this Declaration in support of Defendant's Motion to Dissolve the Temporary Restraining Order.

4.　The Nature of the Product: Defendant designs and sells "Crochet Hanging Plant Kits." ("products at issue"). These kits are integrated educational systems consisting of physical tools, yarn, original PDF patterns, and instructional videos. A true and correct photograph of the finished product and kit contents is attached to the motion as Exhibit A.

5.　Independent Creation Timeline: Defendant developed the products at

issue independently. Attached to the motion as Exhibit B are true and correct copies of the packaging source files, which were completed on July 28, 2023.

6. On August 20, 2023, Defendant finalized the initial text draft for the Crochet Patterns included in the kit. A copy of this draft is attached to the motion as Exhibit C.

7. Between August 29, 2023 and August 31, 2023, Defendant completed original photography of the physical product prototypes and finished kits for use in marketing and instructional materials. These unedited files contain original camera metadata confirming the date of capture. A true and correct copy of these unedited files is attached to the Motion as Exhibit D.

8. On August 30, 2023, the final print-ready files for the Crochet Guide were completed. These files are attached to the motion as Exhibit E.

9. Commercial Activity: Defendant began selling these kits on Amazon.com on September 9, 2023. Attached to the motion as Exhibit F are screenshots from Defendant's Amazon Seller Central account showing the listing creation date.

10. Since September 24, 2023, Defendant has maintained a public presence on YouTube.com to teach users how to use the kits. Defendant have published 17 videos totaling approximately 300 minutes of original content.

11. Attached to the motion as Exhibit G is a screenshot of Defendant's YouTube Studio Dashboard, showing the upload dates from September 2023 and the current metrics of over 290,000 views and thousands of user "likes."

12. Irreparable Financial and Operational Harm: The Temporary Restraining Order has caused, and continues to cause, severe and quantifiable harm to Defendant's business:

- Direct Sales Loss: Based on Defendant's average daily net sales from January 2026, Defendant is losing approximately $121.79 USD per day in gross revenue. Attached to the Motion as Exhibit H is the January 2026 sales report supporting this calculation.

- Loss of Listing Weight/Ranking: Deactivating a high-performing "main" listing causes a drastic decline in organic search ranking. I estimate it will require at least two months of renewed marketing to recover this lost "weight," representing a projected loss of $7,307.00 USD.

- Indirect Sales Loss: The restrained listing serves as a primary driver of traffic for related products. Since the TRO, sales for Defendant's non-accused listings have dropped by approximately 30%, a further loss of approximately $30.00 USD per day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 9, 2026.

*Yihan Li*
Yihan Li