# EXHIBIT A

**Finished Product Photo (Crochet Kit)**

