# EXHIBIT B

**Packaging Source Files**

This exhibit includes (1) the original design layout for the "SGIBYN" Crochet Kit packaging box and (2) a corroborating system metadata screenshot. The metadata confirms the Adobe Illustrator (.ai) source file was created and last modified on July 28, 2023.



