# EXHIBIT C

**Original Crochet Pattern Draft and Document Metadata**

This exhibit consists of (1) the initial text-based draft of the crochet patterns for the DIY Kits and (2) a system metadata screenshot confirming the document was created on August 20, 2023. This draft documents the specific "literary" aspect of the work (the instructions) finalized over a year prior to Plaintiff's registration.



# Crochet hanging plants

*Materials and tools*

* Yarn: 4-ply Acrylic yarn, 5-ply cotton yarn
* Colors: grass green, sprout green, army green, off-white, white, ye
* Hook: 2.5mm, 3mm
* Stuffing
* Yarn needle
* scissors
* Stitch markers
* threader
* 4 PATTERNS

*Abbreviations*

MR - magic ring
ch - chain
st - stitch
slst - slip stitch
sc - single crochet
dc - double crochet
hdc - half double crochet
tr - treble crochet
inc - increase
dec - decrease
FLO - Front Loop Only
BLO - Back Loop Only
FO - fasten off
YO - yarn over

This kit is available to make 4 beautiful hanging basket plants. You can use them to decorate your house or as decorations for your car's rear view mirror, and they can also be given as gifts to your friends or family.

If you are a crochet beginner, I strongly recommend that you follow our video tutorials to learn. If you have any questions or concerns, please don't hesitate to reach out to us at yisda163@163.com. We are always happy to help you solve any problems and improve your crocheting skills.

Love crocheting, love life. Thank you for choosing us. Now, follow along with me, let's enjoy this crochet journey together!

## PATTERN   A
### - Budding and waiting to bloom hanging basket

***Making the pot*** *(**off-white yarn, 3mm hook***)*
Start from a magic ring with **two strands of yarn**
R1    Make a slip knot and ch2, 14dc in a MR, slst.
R2    Make (ch3,2dc) in first stitch, 2dc in next stitches, total 28 stitches, slst
R3    Ch3, in the outer half stitches do double crochet, total 28 stitches, slst
R4    Ch3, make double crochet in every stitch, total 28 stitches, slst.
R5-6 Repeat R4
R7    Slst × 28
       At first stitch ch30 to get the 1st strap
       At 10th stitch ch30 to get the 2nd strap
       At 19th stitch ch30 to get the 3rd strap
(you can get longer straps by doing more chains)



***Making the lid*** *(**grass green**, 2.5mm hook)*
Start from a magic ring with one strands of yarn
R1    Make a slip knot and ch2, 14dc in a MR (Leave a small hole in the ce
R2    Make (ch3,2dc) in first stitch, 2dc in next stitches, total 28 stitches
       slst, leave a long tail for sewing.



***Making the balls & vines*** *(**grass green**, 2.5mm hook)*
Make the first ball :
       Make a slip knot and ch3
       In the 3rd chain from hook, make 5 double crochet
       Pull the thread to loose the stitch, take out the hook
       Insert hook in the fifth stitch counting from the loose stitch, grab the
       make slip stitch.
Ch9 and repeat the process to make the second ball.
Repeat to get 6 or 7 balls on each vine
FO, cut off yarn and leave a long tail.
* Repeat to get 6 vines with balls in total.



***Making the flowers****(**red**, 2.5mm hook)*
Make a slip knot and ch6
In the 2nd chain from hook, make 3 single crochet
In the next 5 chain, make 3 single crochet in each chain.
Form a shape of small flower, slip stitch into the flower, FO, leave a tail.



***Sewing Assembly***
1.  Sew the flowers on the vines.
2.  Pull the tail of vines across the center hole of the lid and tied together.
3.  Stuff the pot.

4. Sew the inner half loops of the pot and the outer half loops of the lid together.
5. Keep it level and tie the three hanging ropes together.

Great !
You just finished an beautiful hanging plant.
Now, Go share it with your friends.

## PATTERN   B
### - hollowed-out leaves and floral hanging basket

***Making the pot* (off-white yarn, 3mm hook) --- same as PATTERN A**
***Making the lid* (sprout green, 2.5mm hook) --- same as PATTERN A**
***Making the leaves and vines* (sprout green，2.5mm hook)**
Make the first leaf
R1   Make a slip knot and Ch 5,
   On the 5th chain from hook, Make [ 1dc, (ch 1, 1dc) × 2, ch3, 1dc, (ch 1, 1dc) × 2, ch4, slst ]
R2   Ch1, 5sc in the 1st leaf hole (mark the first stitch)
   3sc in the 2nd leaf hole
   3sc in the 3rd leaf hole
     (3sc,ch1,picot,3sc) in the 4th leaf hole
   3sc in the 5th leaf hole
   3sc in the 6th leaf hole
   5sc in the 7th leaf hole
   Slst into 1st stitch, get the first leaf (don't cut the yarn)
Ch18 and repeat the process to make more leaves.
FO, leave a long tail, finished the first vine.
* Repeat 4 times to get 5 vines in total (3 vines with 4 leaves and 2 vines with 3 leaves).

***Making the flowers (2.5mm hook)***
Start from a magic ring with **yellow** color
R1   5sc into the ring, slst into first stitch
   FO, leave a tail, tied two tails.
R2   Join **white/pink** color to first stitch of R1
   Make (ch2, 2dc) in first stitch, ch2, slst into next stitch.
   Repeat 4 more times
   Fasten off, leave a tail.
* Repeat 4 times to get 5 flowers in total.

***Sewing Assembly***
1. Use yarn needle, sew the flowers on the vines, each vine 1 or 2 flowers.
2. Pull the tail of vines across the center hole of the lid and tied together.

3. Stuff the pot.
4. Sew the inner half loops of the pot and the outer half loops of the lid together.
5. Keep it level and tie the three hanging ropes together.

Bravo !

You just finished an beautiful hanging plant. Go share it with your friends.

## PATTERN   C
### - heart leaves hanging basket

***Making the pot*** *(off-white yarn, 3mm hook)* --- *same as PATTERN A*
***Making the lid*** *(grass green, 2.5mm hook)* --- *same as PATTERN A*
***Making the leaves and vines*** *(grass green, 2.5mm hook)*
Make a slip knot and ch7
First half of the leaf :
    (1dc,1tr) in 3rd chain from hook
    2tr in the next chain
    2dc in the next chain
    1hdc in the next chain
    1sc in the next chain



Last half of the leaf :
    Ch2, work along the other side of the chain
    1sc in the first chain
    1hdc in the next chain
    2dc in the next chain
    2tr in the next chain
    (1tr,1dc) in the next chain
    Ch2, slst into the last chain.



Ch15, repeat the process to make more leaves, make 3 or 4 leaves each vine.
FO, leave a long tail, finished the first vine.
* Repeat the process to get 6 vines in total (3 vines with 4 leaves and 3 vines with 3 leaves).

### Sewing Assembly
1. Pull the tail of vines across the center hole of the lid and tied together.
2. Stuff the pot.
3. Sew the inner half loops of the pot and the outer half loops of the lid together.
4. Keep it level and tie the three hanging ropes together.

Bravo !

You just finished an beautiful hanging plant. Go share it.

## PATTERN D
### - Strawberry hanging basket

*The strawberry hanging basket is the most complex and time-consuming among the baskets in this set. Please be patient and follow the video tutorial step by step. I believe you can make it.*

**Making the pot** *(off-white yarn,3mm hook)* **--- same as PATTERN A**
**Making the lid** *(army green,2.5mm hook)* **--- same as PATTERN A**

**Making the leaves** *(army green,2.5mm hook)*
* Making the first leaf
First half of the leaf :
Make a slip knot and ch 9 (leave a long tail at beginning)
2nd chain from hook, 1sc
Next stitch, hdc
Next stitch, 1dc
Next stitch, 2dc
Next stitch, 1dc
Next stitch, 1hdc
Next stitch, 1sc
Next stitch, 1sc



Last half of the leaf :
Start from the slip knot, skip first chain
The second chain, sc
Next stitch, hdc
Next stitch, 1dc
Next stitch, 2dc
Next stitch, 1dc
Next stitch, 1hdc
Next stitch, 1sc
Slip stitch into top stitch
*FO，sew and hide the yarn.*



* Repeat to complete 4 leaves

**Making the strawberry and straps(2.5mm hook)**
**1. Body** *(pink）*
R1    6sc in a MR (6)
R2    (sc, inc) × 3 (9)
R3    (sc, inc, sc) × 3 (12)
R4    (sc, inc) × 6 (18)
R5-6   18sc



R7   (sc, dec) × 6 (12)
    Stuff the strawberry
R8   6dec (6)
    slst   and sew the tail
2. **Seeds** *(white,2,5mm hook)*
*R3：4 seeds, 3stitches apart*
*R5：6 seeds, 3stitches apart*
3. **Sepal** *(army green,2,5mm hook)*
R1   6sc in a MR (6)
R2   (3ch, 2sc) × 6:
    Ch3
    2nd chain from hook make 1sc , next stitch make 1sc.
    Slip   stitch   into   next   stitch   to   finish   the   first   sepal   leaf.



    Repeat 5 more times to get 6 leaves.
    slst   cut off the yarn and leave a tail, tie the 2 tails.
4. **Making vines** *(army green,2,5mm hook)*
   Make a slip knot and h40, leave a tail.
   * Repeat to get 5 vines in total.
5. **Making the flowers(2.5mm hook)**
Start from a magic ring with **yellow** color
R1   5sc into the ring, slst into first stitch
    FO, leave a tail, tied two tails.
R2   Join **white** color to first stitch of R1
    Make (ch2, 2dc) in first stitch, ch2, slst into next stitch.
    Repeat 4 more times
    Fasten off, leave a tail.



* Repeat 4 times to get 5-7 flowers in total.
  Pull the long tail of the vines across the center of the sepal, sew it tied on the body of strawberry.

Sew the leaves onto the vines, with a gap of 8-10 stitches between each leaf.

Sew the flowers onto the vines, with each vine having 1-2 flowers.

***Sewing Assembly***

1. Pull the tail of vine across the center hole of the lid and tied together.
2. Stuff the pot.
3. Sew the inner half loops of the pot and the outer half loops of the lid together.
4. Keep it level and tie the three hanging ropes together.

Congratulations!

You just finished an beautiful strawberry hanging plant. Now you have finished all 4 patterns, that's amazing !