IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Jiahui Li, an Individual,<br><br>    Plaintiff,<br><br>vs.<br><br>The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A",<br><br>    Defendants. | Case No. 1:25-cv-01948<br><br>Honorable David A. Ezra |

### [PROPOSED] ORDER GRANTING DEFENDANT SGIBYN OFFICIAL STORE-US'S MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER

  Before the Court is Defendant SGIBYN Official Store-US's Motion to Dissolve Temporary Restraining Order, filed on March 10, 2026. The Court, having reviewed the Motion and the record in this matter, and being otherwise fully advised, finds that the motion should be **GRANTED**.

  IT IS HEREBY ORDERED that:

  1. Defendant SGIBYN Official Store-US's Motion to Dissolve Temporary Restraining Order is GRANTED;

  2. The Temporary Restraining Order entered on February 26, 2026, is hereby DISSOLVED as to Defendant SGIBYN Official Store-US;

  3. Any asset restraints, marketplace restraints, or other injunctive provisions imposed by the Temporary Restraining Order are VACATED as to Defendant SGIBYN Official Store-US;

  4. Defendant SGIBYN Official Store-US is awarded its reasonable attorneys' fees and costs incurred in bringing the Motion. Defendant may file a motion or

affidavit setting forth the amount of such fees and costs within [14] days of the entry of this Order.

**IT IS SO ORDERED.**

**SIGNED** on _____

_____
Judge David A. Ezra
United States District Judge