AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Shenzhen Hytd Technology Co., Ltd  *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 1:25-cv-01948-DAE |
| The Corporations et al.  *Defendant* | ) ) ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ZMYBIGBIG.

Date: 03/11/2026

/s/Steven G. Kalberg
*Attorney's signature*

Steven Kalberg IL6336131
*Printed name and bar number*

Direction IP Law
P.O. Box 14184
Chicago, Illinois 60614
*Address*

skalberg@directionip.com
*E-mail address*

(847) 508-1294
*Telephone number*

*FAX number*