**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| Shenzhen Hytd Technology Co., Ltd , | Civil Action No. 1:25-cv-01948-DAE |
| Plaintiff, | |
| v. | |
| The Corporations, Partnerships, And Unincorporated Associations Identified On Schedule A, | |
| Defendants. | |

**DEFENDANT MAGIMUSE'S REQUEST FOR EXPEDITED HEARING ON MOTION
TO DISSOLVE THE TEMPORARY RESTRAINING ORDER**

Defendant Magimuse respectfully requests that the Court set an expedited hearing on Defendant Magimuse's Motion to Dissolve the Temporary Restraining Order, filed on March 1, 2026.

Magimuse moved under Federal Rule of Civil Procedure 65(b)(4) to dissolve the Temporary Restraining Order as applied to ASIN B0CQPLJDX8 and ASIN B0F3PCKV46. As set forth in the Motion, Magimuse has appeared and presented an adversarial record showing that the copyright registration underlying Plaintiff's ex parte application rests on deposit images that are identical to Magimuse's prior created and previously registered photographs. The Motion further explains that Magimuse has produced contemporaneous creation records, native Canon RAW source files, and publication records predating Plaintiff's asserted registration.

Rule 65(b)(4) provides that, on two days' notice or shorter notice set by the Court, the adverse party may appear and move to dissolve or modify a temporary restraining order, and that the Court must then hear and decide the motion as promptly as justice requires. Magimuse respectfully submits that prompt consideration is warranted here.

The Temporary Restraining Order was entered on February 18, 2026. Absent further action by the Court, the TRO is set to expire on March 18, 2026. In the meantime, the restraints imposed pursuant to the TRO continue to affect Magimuse's Amazon listings and related marketplace access, causing ongoing commercial harm. Because third party platforms commonly require a court order before restoring listings or lifting restraints, prompt consideration of the Motion would materially assist in clarifying the status of the TRO and the relief requested in Magimuse's Motion.

Magimuse therefore respectfully requests that the Court set a hearing on its Motion to

DEFENDANT MAGIMUSE'S REQUEST FOR EXPEDITED
HEARING ON MOTION TO DISSOLVE THE TEMPORARY
RESTRAINING ORDER
CASE NO.:1:25-CV-01948-DAE

LAWMAY P.C.
2108 N ST., STE. 9124
SACRAMENTO, CA 95816
TELEPHONE: 213-682-7241

1

Dissolve before March 18, 2026, or otherwise consider the Motion on an expedited basis and

grant such relief as the Court deems appropriate. Magimuse does not oppose the Court setting

any briefing schedule or response deadline the Court considers appropriate in connection with

expedited consideration.

Respectfully submitted,

Date: March 12, 2026                    By:   */s/ Hongchang Deng*
                                              Hongchang Deng
                                              LawMay P.C.
                                              2108 N St., Ste.9124
                                              Sacramento, CA 95816
                                              M: 267-888-8281
                                              rdeng@lawmayus.com

DEFENDANT MAGIMUSE'S REQUEST FOR EXPEDITED
HEARING ON MOTION TO DISSOLVE THE TEMPORARY
RESTRAINING ORDER
CASE NO.:1:25-CV-01948-DAE

LAWMAY P.C.
2108 N ST., STE. 9124
SACRAMENTO, CA 95816
TELEPHONE: 213-682-7241

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12st day of March, 2026, I electronically filed the foregoing

<u>REQUEST FOR EXPEDITED HEARING ON MOTION TO DISSOLVE THE TEMPORARY</u>

<u>RESTRAINING ORDER</u> with the Clerk of Court using the CM/ECF system, which will send

notification of such filing to all counsel of record who are registered CM/ECF users.

<u>/s/Hongchang Deng</u>

Hongchang Deng

DEFENDANT MAGIMUSE'S REQUEST FOR EXPEDITED
HEARING ON MOTION TO DISSOLVE THE TEMPORARY
RESTRAINING ORDER
CASE NO.:1:25-CV-01948-DAE

LawMay P.C.
2108 N St., Ste. 9124
Sacramento, CA 95816
Telephone: 213-682-7241