# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Shenzhen Hytd Technology Co., Ltd , <br><br> Plaintiffs, <br><br> v. <br><br> The Corporations, Partnerships, And Unincorporated Associations Identified On Schedule A, <br><br> Defendants. | Civil Action No. 1:25-cv-01948-DAE |

## [PROPOSED] ORDER REGARDING DEFENDANT MAGIMUSE'S REQUEST FOR EXPEDITED HEARING

Before the Court is Defendant Magimuse's Request for Expedited Hearing on its Motion to Dissolve the Temporary Restraining Order.

Having considered the request, the Court finds that expedited consideration is appropriate.

IT IS ORDERED that Defendant Magimuse's Motion to Dissolve the Temporary Restraining Order shall be considered on an expedited basis.

IT IS FURTHER ORDERED that Plaintiff shall file any response to the Motion no later than:_____.

IT IS FURTHER ORDERED that Defendant may file a reply no later than:_____.

IT IS FURTHER ORDERED that the Motion to Dissolve the Temporary Restraining Order shall be set for hearing on:_____.

1

IT IS FURTHER ORDERED that the Court may resolve the Motion to Dissolve the Temporary Restraining Order on the papers without a hearing.

**IT IS SO ORDERED.**


SIGNED this _____ day of March, 2026.

_____

The Honorable DAVID A. EZRA

United States District Judge