Generated: Mar 12, 2026 12:53PM

Page 1/1



# U.S. District Court

## Texas Western - Austin

Receipt Date: Mar 12, 2026 12:53PM

Valley & Summit Law PC
740 Locust St
Denver, CO 80220-5366

| Rcpt. No: 3197 | | Trans. Date: Mar 12, 2026 12:53PM | | | Cashier ID: #CERy (3241) | |
|---|---|---|---|---|---|---|
| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
| 701 | Treasury Registry | DTXW125CV001948 /001<br>SHENZHEN HYTD TECH V. THE CORPORATIONS ET AL<br>**FBO**: Plaintiff | 1 | 10000.00 | 10000.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #4882 | 03/3/2026 | | $10,000.00 |
| | | | | Total Due Prior to Payment: | $10,000.00 |
| | | | | Total Tendered: | $10,000.00 |

**Comments**: 1:25-cv-01948-DAE Shenzhen Hytd Technology Co., Ltd v. The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule A - TRO Bond per court order 02/18/2026 document 12

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov