AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Jiahui Li<br>an Individual<br><br>*Plaintiff(s)*<br>v.<br>The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule A<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:25-cv-01948-DAE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Parties identified in Schedule A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mingzi Ouyang
Valley & Summit Law
One Park Plaza, Suite 600
Irvine, CA 92614
949-342-8013
Email: marjorie.ouyang@valleysummitlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 03/13/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Parties identified in Schedule A
was received by me on *(date)* 03/13/2026 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I uploaded all the documents including Complaint, Summons, Motions and Exhibits to a shared folder and served the link to that folder on all Defendants by email.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/13/2026

/s/ Mandy Wu
*Server's signature*

Mandy Wu, Associate

Valley & Summit Law
One Park Plaza, Suite 600, Irvine, CA 92614
*Server's address*

Additional information regarding attempted service, etc: