AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| Shenzhen Hytd Technology Co., Ltd | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-01948-DAE |
| The Corporations et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

YutongTechUS                                                                                          .

Date:      03/11/2026

/s/Steven G. Kalberg
*Attorney's signature*

Steven Kalberg IL6336131
*Printed name and bar number*

Direction IP Law
P.O. Box 14184
Chicago, Illinois 60614

*Address*

skalberg@directionip.com
*E-mail address*

(847) 508-1294
*Telephone number*

*FAX number*