AM UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JIAHUI LI, an Individual, | § | No. 1:25–CV–1948–DAE |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| THE CORPORATIONS, | § | |
| PARTNERSHIPS, AND | § | |
| UNINCORPORATED | § | |
| ASSOCIATIONS IDENTIFIED ON | § | |
| SCHEDULE A, | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

AMENDED ORDER ON DEFENDANTS' MOTIONS TO DISSOLVE TRO
AND PLAINTIFF'S MOTION TO EXTEND TRO

In accordance with the pronouncement of the Court at the hearing

held on March 18, 2026, the Court hereby **ORDERS** as follows:

1. Plaintiff's Motion to Further Extend the Temporary Restraining Order

   ("TRO") (Dkt. #31) is **GRANTED IN PART.** The TRO currently in effect

   shall remain in force until the Court issues a ruling on Plaintiff's

   forthcoming Motion for Preliminary Injunction. Any Defendant who seeks

   to dissolve the TRO as to its own company may do so by:

   (a) posting a bond in the amount of $20,000.00 USD with the Court;

   and

(b) filing, under seal, official documentation sufficient to establish the authenticity of the company's identity and operations.

Upon submission of the foregoing, the Court will determine whether to lift the TRO with respect to that Defendant only. In the event the TRO is lifted, Plaintiff shall immediately notify Amazon.com to release the affected Defendant's account. Notwithstanding such release, the Defendant shall not resume the listing, sale, or distribution of the allegedly infringing products. Plaintiff is further **ORDERED** to post a bond in the amount of $20,000.00 USD with the Court (noting that Plaintiff has previously deposited $10,000.00 USD with the Court; <u>see</u> Dkt. #25), and to file, under seal, documentation sufficient to establish the authenticity of Plaintiff's own business entity.

2. Defendants' pending Motions to Dissolve the Temporary Restraining Order (Dkts. ##22, 33) are **DENIED AS MOOT.** The Court will consider dissolving the TRO as to any particular Defendant in the manner and upon the terms set forth above.

   **IT IS SO ORDERED.**

   **DATED:** Austin, Texas, March 19, 2026.

   _____
   David Alan Ezra
   Senior United States District Judge