# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Jiahui Li, an Individual, | Case No. 1:25-cv-01948 |
| Plaintiff, | |
| v. | |
| The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A", | Honorable David A. Ezra<br><br>Complaint Filed: December 1, 2025 |
| Defendants. | |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff Jiahui Li ("Plaintiff") respectfully moves this Court for entry of a Preliminary Injunction against the Defendants identified on Schedule A (collectively, "Defendants").

Plaintiff seeks a Preliminary Injunction ordering the following relief:

1)      that Defendants, and all persons acting in concert with them, immediately cease and desist from making, using, offering for sale, selling, and importing the products identified in Schedule A and Exhibit 2 to the Complaint, as well as any other products that infringe Plaintiff's registered copyright, U.S. Copyright Registration No. VAu 1-547-746;

2)      that Defendants' assets be restrained and preserved, including any assets held in financial accounts, to ensure the availability of potential monetary relief; and

3)      that Plaintiff be granted expedited discovery to identify Defendants' bank accounts, payment processing accounts, and other financial accounts used in connection with the sale of the infringing products.

1

Dated: March 20, 2026

Respectfully submitted

*Marjorie Ouyang*

Marjorie Ouyang
Valley & Summit Law
One Park Plaza, Suite 600
Irvine, CA 92614
Marjorie.Ouyang@valleysummitlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be provided to any counsel of record through the CM/ECF system. To the extent required, service will also be effected in accordance with the Court's prior Orders.

Dated: March 20, 2026

*Marjorie Ouyang*

Respectfully submitted
By: /s/ *Marjorie Ouyang*
One Park Plaza, #600
Irvine, CA 92614
Marjorie.Ouyang@valleysummitlaw.com
*Attorney for Plaintiff*