**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| Jiahui Li, an Individual, | Case No. 1 :25-cv-01948 |
| Plaintiff, | |
| v. | |
| The Corporations, Partnerships, and Unincorporated Associations Identified on Schedule "A", | Complaint Filed:  December 1, 2025 |
| Defendants. | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Jiahui Li ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

hereby voluntarily dismisses this action **without prejudice** as to the following Defendant:

| Defendant No. | Defendant Name |
|---|---|
| 1&2 | Magimuse |

Dated: March 27, 2026

Respectfully submitted

By: /s/ _Marjorie Ouyang_____
Marjorie Ouyang
Texas Bar No. 314334
**Valley & Summit Law**
One Park Plaza, #600
Irvine, CA 92614

*Attorney for Plaintiff
Jiahui Li*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated: March 27, 2026                                        Respectfully submitted

By: /s/ _Marjorie Ouyang_____
Marjorie Ouyang
Texas Bar No. 314334
**Valley & Summit Law**
One Park Plaza, #600
Irvine, CA 92614

*Attorney for Plaintiff*
*Jiahui Li*

2